ATTORNEY GRIEVANCE COMMISSION     *     IN THE
OF MARYLAND                             COURT OF APPEALS
                         *     OF MARYLAND
         Petitioner,

                         *     Misc. Docket AG No. 0083
v.                                  September Term, 2016
                         *

MARK DAVID WEMPLE

                         *     In the Circuit Court for Anne
                                 Arundel County
         Respondent.             *     Case No. C-02-CV-17-000246

## ORDER

This matter came before the Court on the Joint Petition of the Attorney Grievance Commission of Maryland and the Respondent, Mark David Wemple, to issue a reprimand to the Respondent. The Court having considered the Petition, it is this 13th day of    June   , 2017;

ORDERED, that Respondent, Mark David Wemple, be and he is hereby REPRIMANDED for violating Rules 1.4 and 1.15(a) and (c) of the Maryland Lawyers' Rules of Professional Conduct; and it is further

ORDERED, that, the Clerk of the Court shall give the notice required by Maryland Rule 19-707(e).

                                         /s/ Clayton Greene Jr.
                                         Senior Judge